# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
February 9, 2023

Lyle W. Cayce
Clerk

No. 21-60644
Summary Calendar

Marlon Bladimir Molina-Dominguez,

*Petitioner*,

*versus*

Merrick Garland, *U.S. Attorney General*,

*Respondent*.

Petition for Review of an Order of the
Board of Immigration Appeals
Agency No. A079 620 222

Before Higginbotham, Graves, and Ho, *Circuit Judges*.

Per Curiam:*

Marlon Bladimir Molina-Dominguez, a native and citizen of Honduras, petitions us for review of an Immigration Judge's decision upholding an asylum officer's negative credible fear finding.

We find that Molina-Dominguez's petition is moot. Molina-Dominguez has been removed from the United States. Neither his

---

*This opinion is not designated for publication. *See* 5th Cir. R. 47.5..

No. 21-60644

December 8, 2004 removal order nor the March 27, 2021 reinstatement of that order are before us in connection with this petition for review. *See Mendoza-Flores v. Rosen*, 983 F.3d 845, 847 (5th Cir. 2020).

DISMISSED as moot.